IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 20 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-CV-01976 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

NATHAN YBANEZ

　　　　Plaintiff;

v.

WARDEN KEVIN MILYARD,
A NUMBER OF JOHN DOES,
THE EXECUTIVE DIRECTOR OF C.D.O.C.,
GARY LITTLE, and
LLOYD WAIDE,

　　　　Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

Plaintiff Nathan Ybanez has submitted a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted complaint is in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Plaintiff also has tendered the $350.00 filing fee. The clerk of the court will be directed to mail to the Plaintiff, together with a copy of this order, a receipt for full payment of the $350.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, a receipt for full payment of the $350.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this ___19th___ day of ___September___, 2007.

BY THE COURT:

___/s/ Boyd N. Boland___
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **07-CV-01976**

Nathan Ybanez
Prisoner No. 102794
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and a receipt of for $350 filing fee** to the above-named individuals on _9-20-07_

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk