IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01976-MSK-CBS

NATHAN YBANEZ,

    Plaintiff,

v.

WARDEN KEVIN MILYARD,
A NUMBER OF JOHN DOES,
THE EXECUTIVE DIRECTOR OF C.D.O.C,
GARY LITTLE, and
LLOYD WAIDE,

    Defendants.
_____

**ORDER VACATING ORDER GRANTING SERVICE BY THE U.S. MARSHAL**
_____

THIS MATTER comes before the Court on the Objection to In Forma Pauperis Status **(#9)** filed by the Plaintiff on October 17, 2007. The Plaintiff has paid the required filing fee of $350.00 and has not requested pauperis status.

**IT IS THEREFORE ORDERED** that the Order Granting Service by the United States Marshal (#6) is **VACATED**.

DATED this 18th day of October, 2007.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge