IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01976-MSK-CBS

NATHAN YBANEZ,

    Plaintiff,

v.

WARDEN KEVIN MILYARD,
A NUMBER OF JOHN DOES,
THE EXECUTIVE DIRECTOR OF C.D.O.C,
GARY LITTLE, and
LLOYD WAIDE,

    Defendants.
_____

### ORDER GRANTING MOTION FOR AVAILABILITY OF RULES
_____

THIS MATTER comes before the Court on the Plaintiff's Motion for Availability of Judge Krieger's Rules (Motion) **(#15)** filed November 16, 2007.  Good cause has been shown for granting the relief requested.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**.  The Clerk is directed to provide the Plaintiff with a copy of all of the undersigned's procedures available on the United States District Court web site.

DATED this 19th day of November, 2007.

BY THE COURT:

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge