IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01976-MSK-KMT

NATHAN YBANEZ,

    Plaintiff,

v.

WARDEN KEVIN MILYARD,
A NUMBER OF JOHN DOES,
THE EXECUTIVE DIRECTOR OF C.D.O.C.,
GARY LITTLE,
LLOYD WAIDE,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Compel Discovery" (#33, filed February 29, 2008) is DENIED.

Dated: May 13, 2008