IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01976-MSK-KMT

NATHAN YBANEZ,

    Plaintiff,

v.

WARDEN KEVIN MILYARD,
A NUMBER OF JOHN DOES,
THE EXECUTIVE DIRECTOR OF C.D.O.C,
GARY LITTLE, and
LLOYD WAIDE,

    Defendants.

---

**ORDER DENYING MOTION TO CONSOLIDATE**

---

**THIS MATTER** comes before the Court pursuant to the Plaintiff's Motion to Consolidate Cases **(# 40)** and the Defendants' response **(# 43)**.

The Plaintiff seeks to consolidate this case with a number of others arising out of the same incident. By operation of D.C. Colo. L. Civ. R. 42.1, a "motion to consolidate shall be decided by the district judge to whom the oldest numbered case involved in the proposed consolidation is assigned for trial." Of the cases listed by the Plaintiff (and supplemented by the Defendants) as being subject to consolidation, the oldest case number belongs to *Quade v. Milyard*, D.C. Colo. Case No. 07-cv-00229-WYD-MJW, which is assigned to Judge Daniel. Because the undersigned lacks the power to consolidate this case with older cases pursuant to Local Rule 42.1, the Plaintiff's current Motion to Consolidate **(# 40)** is **DENIED** without

1

prejudice. To the extent that the Plaintiff continues to desire consolidation of this case with *Quade*, he must file a motion to consolidate in that case, to be decided by Judge Daniel.

Dated this 21st day of August, 2008

**BY THE COURT:**

/s/ Marcia S. Krieger

Marcia S. Krieger
United States District Judge