IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01976-MSK-KMT

NATHAN YBANEZ,

    Plaintiff,

v.

WARDEN KEVIN MILYARD,
A NUMBER OF JOHN DOES,
GARY LITTLE,
LLOYD WAIDE,

    Defendants.

# ORDER

    This matter is before the court on Plaintiff's "Motion to Join Parties and Amend Pleadings" (Doc. No. 52, filed July 3, 2008). The Federal Rules of Civil Procedure provide that a party may amend a pleading by leave of court, and that leave shall be given freely when justice so requires. Fed. R. Civ. P. 15(a). Although the federal rules permit and require liberal construction and amendment of pleadings, the rules do not grant the parties unlimited rights of amendment. A motion to amend may be denied on the grounds of undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, or futility of amendment. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

    Plaintiff seeks to amend his Complaint to add defendants Raymond Higgins, Jeff Revord, and Robert Keisel to Fourth Amendment claim. Plaintiff previously named these three

defendants as "John Does."  Plaintiff, in his motion to amend, states the alleged involvement by these three defendants in his claims.  Despite an order from this court for the defendants to respond to Plaintiff's motion to amend, Defendants failed to do so.  Therefore, this court must assume Defendants have no objection to the amendment, and finds the amendment sought by Plaintiff, to the extent he seeks to add additional named defendants in his Fourth Amendment claim, is proper.  Therefore, it is ORDERED as follows:

1. Plaintiff's "Motion to Join Parties and Amend Pleadings" (Doc. No. 52) is GRANTED in part.  To the extent Plaintiff seeks to add defendants Higgins, Revord, and Keisel to his Fourth Amendment claim, the motion is GRANTED.  To the extent Plaintiff seeks to go forward with his Eighth Amendment and Equal Protection claims, the motion is DENIED, as these claims previously have been dismissed by District Judge Marcia S. Krieger.  (Doc. No. 57.)  To the extent Plaintiff seeks to go forward with his claim against Aristedes Zavaras, the Executive Director of the CDOC, the motion is DENIED, as this defendant previously has been dismissed by Judge Krieger.  (*Id.*)

2. The Clerk of Court is directed to file Plaintiff's Amended Prisoner Complaint, Attachment 1 to his Motion to Join Parties and Amend Pleadings.

3. The Clerk of Court is directed to add Raymond Higgins, Jeff Revord, and Robert Keisel as defendants to this action, and the parties are ORDERED to add the defendants to the caption in this case.  The Clerk of Court is directed not to add The Executive Director of CDOC as a defendant.

4. Counsel for Defendants Milyard, Little, and Waide are ORDERED to file a status report on or before September 17, 2008, advising if they will accept service of the Amended Complaint for Defendants Higgins, Revord, and Keisel.

Dated this 10th day of September, 2008

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge