FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 2 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01976-MSK-KMT

NATHAN YBANEZ,

    Plaintiff,

v.

WARDEN KEVIN MILYARD,
A NUMBER OF JOHN DOES,
GARY LITTLE,
LLOYD WAIDE,
RAYMOND HIGGINS,
JEFF REVORD, and
ROBERT KEISEL,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

On September 10, 2008, this court granted Plaintiff's motion to amend his complaint in part, adding Defendants Higgins, Revord, and Keisel. (Doc. No. 73.) On September 17, 2008, Defendants filed a status report advising Teresa Reynolds at the Colorado Department of Corrections will accept service on behalf of these defendants. (Doc. No. 78.) Therefore, it is

ORDERED that the Clerk of Court shall attempt to obtain a waiver of service from Defendants Higgins, Revord, and Keisel. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915 and all other orders upon Defendants. It is

FURTHER ORDERED that Defendants Higgins, Revord, and Keisel or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Dated this 18th day of September, 2008.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01976-MSK-KMT

Nathan Ybanez
Prisoner No. 102794
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Raymond Higgins, Jeff Revord, and Robert Keisel- **WAIVER** *
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Raymond Higgins, Jeff Revord, and Robert Keisel; and to John Suthers: AMENDED COMPLAINT FILED 09/10/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/22/08.

                                          GREGORY C. LANGHAM, CLERK

                                          By:_____
                                                        Deputy Clerk