IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01976-MSK-KMT

NATHAN YBANEZ,

    Plaintiff,

v.

WARDEN KEVIN MILYARD,
A NUMBER OF JOHN DOES,
THE EXECUTIVE DIRECTOR OF C.D.O.C.,
GARY LITTLE,
LLOYD WAIDE,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendants' "Amended Motion to Stay Dispositive Motions Deadline and Request for Forthwith Ruling" (#92, filed September 22, 2008) is **GRANTED.** The dispositive motions deadline of September 30, 2008, is stayed until a new deadline can be set at the motions hearing on October 6, 2008.

Dated: September 23, 2008