IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01976-MSK-KMT

NATHAN YBANEZ,

    Plaintiff,

v.

WARDEN KEVIN MILYARD,
A NUMBER OF JOHN DOES,
GARY LITTLE,
LLOYD WAIDE,
RAYMOND HIGGINS,
JEFF REVORD, and
ROBERT KEISEL,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Defendants' Motion to Stay Dispositive Motions Deadline" (#65, filed September 9, 2008) is DENIED as moot.

Dated: October 3, 2008