IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 07-cv-01976-MSK-KMT | FTR |
| Date: October 06, 2008 | Debra Brown, Deputy Clerk |
| NATHAN YBANEZ | Pro se (Telephone) |
| Plaintiff, | |
| v. | |
| KEVIN MILYARD, et al. | Jennifer Susan Huss<br>Nicole S. Gellar |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**SCHEDULING CONFERENCE/MOTIONS HEARING**

**Court in session: 9:39 a.m.**

Court calls the case. Appearance by Plaintiff pro se by telephone and Counsel for Defendants.

Statements by the Court regarding setting discovery and dispositive motion dates.

**ORDERED:** [65] MOTION to Stay Dispositive Motions Deadline by Defendants and [99] MOTION (for Order) for Extended Discovery are **GRANTED**. Discovery Cut-off set for May 21, 2009 and Dispositive Motion Deadline set for June 22, 2009.

**ORDERED:** Defendant's [68] MOTION to Seal Attachment A to Defendants' Response to Motion to Compel is **GRANTED** and document #69 shall remain sealed until further order of Court.

The Court will address the various pending motions and issues.

Statements by plaintiff regarding Motion to Compel Discovery (#54 filed August 20, 2008) requesting documentation relating to interrogatory #8.
Clarification by defendant's counsel that there were two separate documents issued at approximately the same time. These two documents satisfy interrogatory #8.

**ORDERED:** Plaintiff's [54] MOTION to Compel Discovery is **DENIED** as resolved.

Statements by plaintiff regarding MOTION to Compel Discovery (#55 filed August 20, 2008) requesting copies of the two separate reports.
Defendant's explanation to the Court that the documentation requested contains highly sensitive information.

**ORDERED**: Defendant's Counsel tenders to the Court Exhibit 1 and Exhibit 2 for *"in camera"* review. The Court will review the exhibits and issue an written order.

Statements by plaintiff regarding MOTION to Compel Discovery (#56 filed August 20, 2008) regarding the expert reports to be introduced at trial.
Defendant's counsel states that the affidavits that the experts disclosed are employees, not retained experts.

**ORDERED:** Plaintiff's [56] MOTION to Compel Discovery is **DENIED** as specified on the record.

Statements by defendant's counsel regarding MOTION to Compel (#64 filed September 09, 2008 requesting complete answer to interrogatory #3.
Response to the Court and counsel by plaintiff.
Rebuttal by defendant's counsel.
Plaintiff agrees to the clarification of the question.

ORDERED: Defendant's [64] MOTION to Compel is **GRANTED**. Plaintiff shall provide defendant a brief summary stating what facts support his claim that his 4th Amendment rights were violated by the August 2006 strip search.

**Court in Recess: 10:15 a.m.**
Total In-Court Time 0:26, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.