IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01976-MSK-KMT

NATHAN YBANEZ,

    Plaintiff,

v.

WARDEN KEVIN MILYARD,
A NUMBER OF JOHN DOES,
GARY LITTLE,
LLOYD WAIDE,
RAYMOND HIGGINS,
JEFF REVORD, and
ROBERT KEISEL,

    Defendants.

---

## ORDER

---

This matter is before the court on Plaintiff's "Motion to Compel Discovery" [Doc. No. 55, filed August 20, 2008]. Defendants responded on September 9, 2008 with "Defendants' Response to Plaintiff's Motion to Compel Discovery (Docket # 55)" [Doc. No. 67] and with a sealed document further outlining the Defendants' contention that release of two requested documents would pose safety and security threats if released to the inmate population of the prison [Doc. No. 69]. The court held oral argument on October 6, 2008 and the two disputed documents, marked "Exhibit 1 to #67" (Incident Post Action Report dated August 1, 2006) and "Exhibit 2 to #67" (Incident After Action Report dated July 27, 2006) were submitted to the Court for *in camera* review. This court Ordered the Defendants to redact "Exhibit 1 to #67" and

"Exhibit 2 to #67" consistent with the findings in the Order and submit the redacted Exhibits for further *in camera* review on or before October 15, 2008. The Court has now received and reviewed the redacted documents and finds the redactions to be appropriate. Therefore,

**IT IS ORDERED**

Plaintiff's "Motion to Compel Discovery" [Doc. No. 55] is **GRANTED** in part. Defendants will produce the redacted versions of "Exhibit 1 to #67" and "Exhibit 2 to #67" to the plaintiff forthwith.

Dated this 15th day of October, 2008.

                                                   **BY THE COURT:**

                                                   Kathleen M. Tafoya
                                                   United States Magistrate Judge