IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01976-PAB-MJW

NATHAN YBANEZ,

Plaintiff(s),

v.

WARDEN KEVIN MILYARD, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff Ybanez's Motion for
Leave to Conduct Written Deposition (docket no. 114) is GRANTED.  Defendant has
failed to file any response to the subject motion (docket no. 114) and therefore the court
deems the motion confessed.  The Pro Se Incarcerated Plaintiff Ybanez may conduct
depositions by written questions consistent with Fed. R. Civ. P. 31 and consistent with
the Fed. R. Civ. P. 26(b)(2) limitations on depositions that this court set in the Rule 16
Scheduling Order.

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff Ybanez's Motion to
Adopt Motions and Legal Papers Filed by Plaintiff Ybanez in Case no. 07-cv-00229
(docket no. 123) is GRANTED.

Date:  May 5, 2009