IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01976-PAB-MJW

NATHAN YBANEZ,

Plaintiff,

v.

WARDEN KEVIN MILYARD, et al.,

Defendant(s).

## MINUTE ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Pro Se Incarcerated Plaintiff Ybanez's Motion to Docket and Take Judicial Notice (docket no. 129) is GRANTED IN PART AND DENIED IN PART.  The subject motion (docket no. 129) is GRANTED in that the Clerk of Court is ordered to docket in this case 07-cv-01976-PAB-MJW, the Pro Se Incarcerated Plaintiff Ybanez's [Motion] Request for New In Camera Review and Relief from Judgment (docket no., 106, 07-cv-1976) with a new docket number.

    It is FURTHER ORDERED that the Defendants shall have up to and including June 1, 2009, to file any response to the Pro Se Incarcerated Plaintiff Ybanez's [Motion] Request for New In Camera Review and Relief from Judgment.  The remainder of the subject motion asking this court to take judicial notice is DENIED.

Date: May 13, 2009