IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01976-PAB-MJW

NATHAN YBANEZ,

Plaintiff,

v.

WARDEN KEVIN MILYARD, et al.,

Defendants.

MINUTE ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion for Extension of Time to Conduct Written Depositions (docket no. 134) is GRANTED as follows. The Pro Se Incarcerated Plaintiff shall have up to and including July 31, 2009, to complete his written depositions. The Discovery Deadline is extended to July 31, 2009, for the limited purpose of allowing the Pro Se Incarcerated Plaintiff to complete his written depositions and for no other purpose.

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Request [Motion] for New In Camera Review and Relief From Judgment (docket no. 132) is DENIED. The relief sought in this renewed motion was already addressed by Magistrate Judge Tafoya in her written Order dated October 15, 2008 and is law of this case. *See* docket no. 106. Moreover, the Defendants do not possess any document entitled "Incident After Action Report" for the August 1, 2006 strip search.

Date: June 17, 2009