IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01976-PAB-MJW

NATHAN YBANEZ,

Plaintiff,

v.

WARDEN KEVIN MILYARD, et al.,

Defendants.

MINUTE ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendants' Unopposed Motion for Leave to Exceed Page Limitation for Response to Plaintiff's Motion for Summary Judgment (Docket #141) and Cross-Motion for Summary Judgment (Docket No. 152) is granted.

Date: July 21, 2009