IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-01976-PAB-MJW

NATHAN YBANEZ,

    Plaintiff,

v.

WARDEN KEVIN MILYARD, et al.,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Joint Stipulated Motion to Substitute Parties [Docket No. 167] and the Joint Stipulated Motion to Dismiss With Prejudice [Docket No. 168]. The Court has reviewed the pleadings and is fully advised in the premises. It is

**ORDERED** that the Joint Stipulated Motion to Substitute Parties [Docket No. 167] is GRANTED. All claims against defendants Milyard, Little, Waide, Higgins, Revord and Keisel are dismissed with prejudice, and the Colorado Department of Corrections is substituted in their place as the sole defendant. It is further

**ORDERED** the Joint Stipulated Motion to Dismiss With Prejudice [Docket No. 168] is GRANTED. Pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED March 15, 2010.

                                   BY THE COURT:

                                   s/Philip A. Brimmer
                                   PHILIP A. BRIMMER
                                   United States District Judge